

*Jacquelin A. Swords* for The Bowery Savings Bank and The Bank for Savings of the City of New York, *amici curiæ*, in support of appellant's position.

Judgment affirmed, with costs; no opinion. [See 296 N. Y. 636.]

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Thacher and Fuld, JJ. Taking no part: Dye, J.

In the Matter of the Estate of Antonio C. Pessano, Deceased. Girard Trust Company et al., as Executors and Trustees under the Will of Antonio C. Pessano, Deceased, Respondents; Anne C. Phillips et al., Infants, by Samuel Levy, Their Special Guardian, Appellants.

Argued June 13, 1946; decided July 23, 1946.

*Morris J. Bricker* and *Samuel Levy* for appellants.
*Edwin W. Cooney* and *Harold Wisan* for respondents.

Order affirmed, with costs to all parties appearing separately and filing briefs payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.